425 A.2d 8

Commonwealth v. Griffy, Appellant.

Submitted March 12, 1979. Robert N. Tarman, First Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgments of sentence affirmed.